IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARILYN GREER, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF MARY B. GREER, DECEASED,<br>Plaintiff,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (USA),<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  C.A. No. 4:19-cv-2132<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL

Defendant John Hancock Life Insurance Company (U.S.A.) ("Defendant"), for the purpose of removing this cause to the United States District Court for the Southern District of Texas, Houston Division, and without waiving any defenses, files this Notice of Removal and states as follows:

1.  **State Court Action.**  This is an action filed by Plaintiff Marilyn Greer, Individually and as Independent Executor of the Estate of Mary B. Greer, Deceased ("Plaintiff") on May 14, 2019 in Probate Court No. 3 of Harris County, Texas, being numbered Cause No. 467,380-401 on the docket of said court, and essentially being a suit by Plaintiff to recover benefits under a life insurance policy issued by Defendant. On May 17, 2019, Defendant was served.

2.  **Diversity of Citizenship.**  This action is removable under 28 U.S.C. § 1441. Plaintiff is and the Decedent was a citizen of Harris County, Texas. Defendant is a Michigan domiciled insurance company with its principal place of business in Boston,

Massachusetts. [*See* Exhibit A.] Therefore, Plaintiff is a citizen of Texas, and Defendant is a citizen of Michigan and Massachusetts for removal purposes, and thus there is complete diversity of citizenship between Plaintiff and Defendant at the time of filing suit and at the time of removal. This Court therefore has original jurisdiction pursuant to 28 U.S.C. § 1332, since the parties are diverse.

3.  **Amount in Controversy.**  The amount in controversy is also met, as the damages sought by Plaintiff exceed the sum of $75,000.00, exclusive of interest and costs. Specifically, since Plaintiff's Petition states that she is seeking to recover policy proceeds in the amount of $350,000.00, removal is proper and the amount in controversy is satisfied.  *See* 28 U.S.C.A. § 1446 ("if removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy"); *see also See Norplant Contraceptive Products Litig.*, 918 F. Supp. 178 (E.D. Tex. 1996) (removal is proper if defendant shows by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional amount).  Based on the foregoing, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.  This action is wholly of a civil nature.

4.  **Removal is Timely.**  On May 14, 2019, Plaintiff filed her Petition for Declaratory Judgment to Determine Beneficiary of Life Insurance Contract, and on May 17, 2019, Defendant was served with process. Therefore, removal is timely under 28 U.S.C. § 1446(b).

5.  **State Court Documents.**  Pursuant to Local Rule 81, an Index of State Court Documents is attached as Exhibit B, which includes a copy of the state court docket sheet, all executed process, and each document filed and order entered in the state court action.

Additionally, a List of Parties, Counsel, and State Court Information is attached as <u>Exhibit C</u>.

6.  **Notice.** Defendant shall give notice of filing of the Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d) and will file with the state court a notice of filing this Notice of Removal.

7.  **Prayer.** Defendant prays that the United States District Court for the Southern District of Texas, Houston Division, accept this Notice of Removal, that it assume jurisdiction of this cause, and that it issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Dated: June 13, 2019

Respectfully submitted,

By: */s/ Andrew G. Jubinsky*
 Andrew G. Jubinsky
 Attorney-in-Charge
 State Bar No. 11043000
 Fed. I.D. # 8603
 andy.jubinsky@figdav.com
 Raha Assadi
 Texas Bar No. 24105444
 Fed. I.D. No. 3265265
 raha.assadi@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)

## CERTIFICATE OF SERVICE

    I hereby certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system, and all others will be served via certified mail, return receipt requested, on June 13, 2019.

                                    */s/ Andrew G. Jubinsky*
                                      Andrew G. Jubinsky